UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

WAYNE A. PORRETTI,

    Plaintiff,

v.

LANCE J. HENDRON, *et al.*,

    Defendants.

CASE NO.: 2:14-CV-02133-RCJ-VCF

O R D E R

The Court has considered the Report and Recommendation of United States Magistrate (ECF #3) entered on December 31, 2014, in which the Magistrate Judge recommends the Court grant Plaintiff's Application to Proceed *In Forma Pauperis* (ECF #1) and Complaint (ECF #1-1) and the Complaint should be dismissed with prejudice. The Court has considered the pleadings and memoranda of the parties and other relevant matters of record and has made a review and determination in accordance with the requirements of 28 U.S.C. § 636 and applicable case law, and good cause appearing, the court hereby

ADOPTS AND ACCEPTS the Report and Recommendation of the United States Magistrate Judge (ECF #3).

IT IS HEREBY ORDERED that Plaintiff's Application to Proceed *In Forma Pauperis* (ECF #1) is GRANTED. The Clerk of Court shall file Plaintiff's Complaint (ECF #1-1).

IT IS FURTHER ORDERED that Plaintiff's Complaint (ECF #4) is DISMISSED WITH PREJUDICE. The Clerk of the Court shall enter judgment accordingly and close this case.

IT IS SO ORDERED this 20th day of January, 2015.

_____
ROBERT C. JONES
UNITED STATES DISTRICT JUDGE